[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14381
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 1, 2012
JOHN LEY
CLERK

D.C. Docket No. 5:09-cv-00362-RBP

GLENN ALLEN CORBETT,

Plaintiff - Appellant,

versus

RODNEY MCABEE,
RICK BROWN,
Madison County Sheriff Deputies,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 1, 2012)

Before WILSON, JORDAN, and ANDERSON, Circuit Judges.

PER CURIAM:

Glenn Corbett, proceeding *pro se*, appeals the district court's dismissal of his civil rights complaint filed pursuant to 42 U.S.C. § 1983. The district court dismissed Corbett's complaint for failure to comply with discovery obligations and court orders. On appeal, Corbett argues the merits of his claim instead of any reversible error in the district court's dismissal.

We typically review dismissal of a complaint for abuse of discretion. *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 n.14 (11th Cir. 2009). However, issues not briefed on appeal by a *pro se* litigant are deemed abandoned. *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008) (per curiam). Here, construing Corbett's brief liberally, he has not even tangentially argued error in the district court's grounds for dismissing his complaint. Having not addressed it, Corbett has abandoned the issue of the district court's dismissal, which is the only ruling on appeal.

**AFFIRMED.**